# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE CROWLEY, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.<br>and KEVIN HOURICAN<br><br>    Defendants | Civil Action No. 1:20-cv-10731 |

## ORDER

Before the Court is Plaintiff Katherine Crowley's and Defendant CVS Pharmacy, Inc.'s Joint Motion for Approval of FLSA Settlement Agreement and Request to Provide Agreement *In Camera* with Incorporated Memorandum. The Court has reviewed *in camera* the terms of parties' proposed settlement agreement, the factors and reasons considered by the parties in reaching the proposed settlement and justifying the compromise of Plaintiff's claims against CVS. The Court is fully advised of the premises for considering an FLSA settlement agreement and finds that the proposed settlement reached herein is a fair and reasonable resolution of a bona fide dispute between the parties over exemption, overtime, and other provisions of the FLSA.

As such, the Court hereby APPROVES the proposed settlement agreement submitted by the parties, and directs that the parties execute it and file a stipulation of dismissal with prejudice.

So ordered, this <u>8th</u> day of <u>September</u>, 2020.

/s/ Leo T. Sorokin
<u>United States District Judge</u>

64929288v.1